IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**PORFIRIO HERNANDEZ**                                                                         **PLAINTIFF**

vs.                                  No. 4:21-cv-380-ALM

**COLORDYNAMICS, INC.**                                                   **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF PORFIRIO HERNANDEZ**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**and    DEFENDANT COLORDYNAMICS, INC.**

THE MYERS LAW GROUP, L.L.P.
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231
Telephone: (972) 781-2400
Facsimile: (972) 781-2401

*/s/ Angella H. Myers*
Angella H. Myers
State Bar No. 24027229
amyers@myerslawllp.com

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Angella H. Myers, Esq.
THE MYERS LAW GROUP, L.L.P.
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231
Telephone: (972) 781-2400
Facsimile: (972) 781-2401
amyers@myerslawllp.com

                                                 */s/ Josh Sanford*
                                                 **Josh Sanford**