IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **PORFIRIO HERNANDEZ** | § § § § | |
| *Plaintiff* | § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00380-ALM |
| **COLORDYNAMICS, INC.** | § § § § § § | |
| *Defendant* | | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff and Defendant's Joint Stipulation of Dismissal with Prejudice. The Court, having considered same, finds good cause to dismiss with prejudice all claims in Plaintiff's Complaint.

It is therefore ORDERED that the Joint Stipulation of Dismissal with Prejudice is hereby GRANTED, and that all matters in the above-styled action be fully and finally dismissed with prejudice, and further, that the Parties bear their own costs, expenses and attorney's fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 4th day of January, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE